**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Georg M. Capielo (SBN 245491)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, CA 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
Email: jackbwinters@earthlink.net
Email: gcapielo@einsurelaw.com
Email: sball@einsurelaw.com

Attorneys for Plaintiff, MICHELLE L. MORIARTY,
Individually, as Successor-In-Interest to Heron D. Moriarty, Decedent,
on Behalf of the Estate of Heron D. Moriarty, and on Behalf of the Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. MORIARTY, Individually, as Successor-In-Interest to Heron D. Moriarty, Decedent, on Behalf of the Estate of Heron D. Moriarty, and on Behalf of the Class, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation; BAYSIDE INSURANCE ASSOCIATES, INC., a California Corporation; and Does 1-20, Inclusive, <br><br> Defendant. | CASE NO.: 3:17-cv-01709-BTM-WVG <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** <br><br> **[PER CHAMBERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]** <br><br> **Judge**:       Hon. Barry Ted Moskowitz <br> **Magistrate**: Hon. William V. Gallo <br><br> **Date**: March 7, 2022 <br> **Time**: 2:00 p.m. <br><br> **Trial Date**: None Set |

**TO DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY AND ITS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on March 7, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Barry Ted Moskowitz, located at 333 West Broadway, San Diego, California 92101, Plaintiff Michelle Moriarty ("Plaintiff") will and hereby does seek an Order certifying this case as a class action under Federal Rule of Civil Procedure 23.

In this action, Defendant systematically failed to comply with California Insurance Code sections 10113.71 and 10113.72 (collectively the "Statutes"). As a result, numerous life insurance policies, including Plaintiff's, remain in force as a matter of law.

In this Motion, Plaintiff asserts that class certification is appropriate under Federal Rule of Civil Procedure 23(a) because (1) the class that Plaintiff seeks to certify is so numerous that joinder of all members is impracticable; (2) there are questions and answers of law or fact common to class members; (3) the claims of the representative Plaintiff is typical of the claims of the class she seeks to represent; and (4) the representative Plaintiff and her counsel will fairly and adequately protect the interests of the proposed class.

Plaintiff also asserts that certification is appropriate under Federal Rule of Civil Procedure 23(b)(2) because Defendant has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole.

Plaintiff also asserts that class certification is appropriate under Federal Rule of Civil Procedure 23(b)(3) because (1) the questions of law or fact common to class members predominate over any questions affective only individual members; and (2) a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

Alternatively, Plaintiff asserts that certification of fewer than all causes of action, or of the following issues under Federal Rule of Civil Procedure 23(c)(4) is appropriate here:  a) whether the Statutes apply to AGLIC's California life insurance policies issued prior to January 1, 2013; b) whether Defendant strictly complied with The Statute; and/or c) whether Defendant's pre-2013 policies remained in force considering Defendant's failure to apply The Statutes.

Therefore, Plaintiff moves the Court for an Order pursuant to Federal Rule of Civil Procedure 23 that:

1.   Certifies this case as a class action with the Class defined as:

All owners, or beneficiaries upon a death of the insured, of Defendant's individual life insurance policies that were renewed, issued, or delivered by Defendant in California, and in force on January 1, 2013, and which underwent or will undergo lapse or termination for the non-payment of premium without Defendant first providing all of the notices, grace periods, and offers of designation required by Insurance Code Sections 10113.71 and 10113.72

2.   Appoints Plaintiff Michelle Moriarty as the Class Representative; and

3.   Appoints the law firms of Nicholas & Tomasevic, LLP and Winters & Associates as class counsel.

This Motion is based upon this Notice; the Memorandum of Points and Authorities in support thereof; the Declarations of Alex Tomasevic, Jack Winters, and Michelle Moriarty; all submitted evidence and exhibits; the Proposed Order; the files and records of the Court in this action; the arguments of counsel to be presented at the hearing; and such other information as the Court may find appropriate to consider.

A proposed Order is submitted herewith.

Respectfully submitted:

DATED:  February 7, 2022                              **NICHOLAS & TOMASEVIC, LLP**

By:   _/s/ Alex Tomasevic_
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Georg M. Capielo (SBN 245491)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, CA 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
Email: jackbwinters@earthlink.net
Email: gcapielo@einsurelaw.com
Email: sball@einsurelaw.com

Attorneys for Plaintiff, MICHELLE L.
MORIARTY, Individually, as
Successor-In-Interest to Heron D.
Moriarty, Decedent, on Behalf of the
Estate of Heron D. Moriarty, and on
Behalf of the Class