| | |
|---|---|
| **NICHOLAS & TOMASEVIC, LLP**<br>Craig M. Nicholas (SBN 178444)<br>Alex M. Tomasevic (SBN 245598)<br>225 Broadway, 19th Floor<br>San Diego, California 92101<br>Tel: (619) 325-0492<br>Fax: (619) 325-0496<br>Email: cnicholas@nicholaslaw.org<br>Email: atomasevic@nicholaslaw.org | **WINTERS & ASSOCIATES**<br>Jack B. Winters, Jr. (SBN 82998)<br>Sarah Ball (SBN 292337)<br>8489 La Mesa Boulevard<br>La Mesa, California 91942<br>Tel: (619) 234-9000<br>Fax: (619) 750-0413<br>Email: jackbwinters@earthlink.net<br>Email: sball@einsurelaw.com |

Attorneys for Plaintiff,
MICHELLE L. MORIARTY

**MAYNARD NEXSEN PC**
Michael D. Mulvaney (Admitted Pro Hac Vice)
Christopher C. Frost (SBN 315932)
Caleb C. Wolanek (Admitted Pro Hac Vice)
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
Email: mmulvaney@maynardnexsen.com
Email: cfrost@maynardnexsen.com
Email: cwolanek@maynardnexsen.com

Attorneys for Defendant,
AMERICAN GENERAL LIFE INSURANCE COMPANY
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE L. MORIARTY, Individually, as Successor-In-Interest to Heron D. Moriarty, Decedent, on Behalf of the Estate of Heron D. Moriarty, and on Behalf of the Class,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation; BAYSIDE INSURANCE ASSOCIATES, INC., a California Corporation; and Does 1-20, Inclusive,<br><br>Defendant. | CASE NO.: 3:17-cv-1709-JO-WVG<br><br>**JOINT MOTION RE: DISMISSAL AND REMAND OF CERTAIN CLAIMS**<br><br>**Judge**: Hon. Jinsook Ohta<br>**Magistrate**: Hon. William V. Gallo<br><br>**Removal Filed**: August 23, 2017 |

Pursuant to Local Civil Rules 7.1 and 7.2, Plaintiff Michelle Moriarty ("Plaintiff") and Defendant American General Life Insurance Company ("American General") (collectively "the Parties") hereby jointly stipulate and move to dismiss Plaintiff's remaining claim for insurance "Bad Faith," and to remand her remaining "UCL Claim" as follows:

WHEREAS, Plaintiff first filed this action in state court – the Superior Court of California in and for the County of San Diego. Defendants removed. Dkt. No. 1.

WHEREAS, in October 2017, Plaintiff filed her operative complaint in this matter – her "First Amended Class Action Complaint" for "Declaratory Relief and Injunctive Relief," "Breach of Contract," "Bad Faith," "Negligence," and "Violation of California's Business & Profession Code §§ 17200, *et seq.*" ("the UCL Claim"). Dkt. No. 18.

WHEREAS, on March 27, 2020, Plaintiff's "Negligence" claim, which had been brought against Co-Defendant Bayside Insurance Associates, Inc. only, was summarily adjudicated in Bayside's favor, effectively ending Bayside's involvement in this case. Dkt. No. 180.

WHEREAS, on October 2, 2020, the Court granted in part and denied in part American General's motion for summary judgment as to Plaintiff's UCL Claim, granting it as to Plaintiff's claim for restitution, but also holding that the Court lacked jurisdiction under Article III of the Constitution over Plaintiff's claim for injunctive relief. *See* Dkt. No. 184. The Court then declined to dismiss the claim for injunctive relief under the UCL, instead instructing the parties "to show cause at the end of this case why the UCL claim for an injunction should not be remanded." *See id.* at p. 13.

WHEREAS, the parties filed additional cross-motions for summary judgment in 2022.

WHEREAS, on July 25, 2022, the Court granted in part and denied in part American General's motion for summary judgment as to Plaintiff's "Bad Faith" claim. *See* Dkt. No. 250. The Court, in short, held that before the California Supreme

Court decided *McHugh v. Protective Life Ins. Co.*, 12 Cal. 5th 213 (2021), on August 30, 2021, "there was a genuine dispute as to coverage due to unsettled law regarding the applicability of Cal. Ins. Code §§ 10113.71 and 10113.72," and that Plaintiff thus could not pursue a claim for bad faith for acts taking place before August 30, 2021. Dkt. No. 250 at pp. 4-5. The Court denied American General's motion as to Plaintiff's Bad Faith claim after the date of *McHugh*. *Id*.

WHEREAS, on September 7, 2022, the Court denied Plaintiff's Motion for Summary Judgment. *See* Dkt. No. 252.

WHEREAS, the Court subsequently agreed to reconsider part of the September 7, 2022 order and denial of Plaintiff's Motion for Summary Judgment.

WHEREAS, on August 14, 2023, the Court granted Plaintiff's renewed Motion for Summary Judgment on her Breach of Contract theory. *See* Dkt. No. 306. The Court also instructed the parties to meet and confer and then to advise the Court "whether there are any remaining issues to be tried, such as the portions of the bad faith and punitive damages claims not resolved by summary judgment." *Id*. at p. 10.

WHEREAS, the parties have now met and conferred and have reached the following stipulations to, in short, dismiss with prejudice the remaining Bad Faith claim and its attendant request for punitive damages, and to remand to state court the remaining UCL Claim for an injunction.

IT IS THUS STIPULATED AMONG THE PARTIES THAT:

1. Plaintiff's remaining claims for insurance bad faith on or after August 30, 2021 (*i.e.*, on or after the date of the *McHugh* decision) shall be abandoned and dismissed with prejudice, with Plaintiff reserving her rights of appeal concerning the Court's July 25, 2022 Order (Dkt. No. 250) adjudicating the Bad Faith claim as to acts taking place before August 30, 2021. The parties further agree and stipulate that nothing in this stipulation shall be considered as reflecting the Court's own view as

to the merits of claims abandoned and dismissed. The parties further agree and stipulate that this agreement will moot the need for any further consideration of issues of bad faith at the trial court level at this time, including any trial of any such issues.

2. Plaintiff's UCL Claim for injunctive relief shall be remanded to the Superior Court of California. Plaintiff further agrees that she will take all necessary steps in state court, after remand, to stay the state court proceedings in favor of any federal court proceedings in this action – including any appeal of this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted:
DATED: August 30, 2023              **NICHOLAS & TOMASEVIC, LLP**

By:  */s/Alex Tomasevic*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)

Attorneys for Plaintiff,
MICHELLE L. MORIARTY,

DATED: August 30, 2023              **MAYNARD NEXSEN PC**

By:  */s/ Caleb C. Wolanek*
Michael D. Mulvaney (Pro Hac Vice)
Christopher C. Frost (SBN 315932)
Caleb C. Wolanek (Pro Hac Vice)

**NOONAN LANCE BOYER & BANACH, LLP**
David J. Noonan (SBN 55966)
701 Island Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 780-0880
Fax: (619) 780-0977

Attorneys for Defendant,
AMERICAN GENERAL LIFE INSURANCE COMPANY