UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. MORIARTY, as Successor-In-Interest to Heron D. Moriarty, Decedent, on Behalf of the Estate of Heron D. Moriarty, and on Behalf of the Class,<br><br>                              Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>                              Defendants. | Case No.: 3:17-cv-1709-JO-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND REMAND**<br><br>**[ECF NO. 309]** |

    Plaintiff Michelle Moriarty and Defendant American General Life Insurance Company filed a joint motion to dismiss the remaining portion of Plaintiff's bad faith claim and to remand Plaintiff's state law UCL injunction claim. (ECF No. 309). For good cause shown, and pursuant to the parties' stipulation, the joint motion is granted. The remaining portion of Plaintiff's bad faith claim is dismissed with prejudice. Plaintiff's UCL injunction claim is remanded to the Superior Court of California.

**IT IS SO ORDERED**.

Dated: September 5, 2023

_____
Honorable Jinsook Ohta
United States District Judge