UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MORIARTY,

Plaintiff,

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY, et al,

Defendants.

Case No.: 17-cv-1709-JO-VET

**ORDER DENYING MOTION TO STAY**

Plaintiff filed a motion to stay this case. Dkt. 335. The Court held oral argument on the motion on August 7, 2025. Dkt. 337. For the reasons stated on the record, the Court denies Plaintiff's motion to stay [Dkt. 335].

**IT IS SO ORDERED**.

Dated: August 7, 2025

Honorable Jinsook Ohta
United States District Judge